**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr154-MHT** |
| | ) | **(WO)** |
| **THEQUAN ULANCE JONES** | ) | |

**ORDER**

Upon consideration of the government's motion to strike (Doc. 30) the Springfield Armory, model XD-9, 9mm caliber semiautomatic pistol bearing serial number HD945433 from the forfeiture allegation of the indictment (Doc. 1), it is ORDERED that the motion is granted.

DONE, this the 21st day of October, 2022.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**